**01–1589.   State v. Leonard.**
Hamilton C.P. No. B0005891. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Hamilton County. Upon consideration of appellant's motion for stay of execution pending disposition of this appeal,

IT IS ORDERED by the court that the motion for stay be, and hereby is, granted.

*Thursday, October 18, 2001*

# MOTION DOCKET

**00–1997.   State v. Hayden.**
Montgomery App. No. 18103. This cause is pending before the court as an appeal from the Court of Appeals for Montgomery County.

IT IS ORDERED by the court, *sua sponte*, that J. Dean Carro is appointed to represent the appellee in this case.

IT IS FURTHER ORDERED by the court, *sua sponte*, that counsel may file a brief on behalf of appellee within forty days of the date of this entry and may seek an extension of time, if necessary, pursuant to S.Ct.Prac.R. XIV(3)(B)(2). The parties shall otherwise proceed in accordance with S.Ct.Prac.R. VI.

IT IS FURTHER ORDERED by the court, *sua sponte*, that the oral argument scheduled for October 31, 2001, is hereby continued until further notice from this court.

# MISCELLANEOUS DISMISSALS

**01–1372.   AT&T Communications of Ohio, Inc. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 96–G–505. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

IT IS FURTHER ORDERED by the court that the appeal and cross-appeal be, and hereby are, dismissed.